E-Filing

PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Edward M. Chen<br>U.S. Magistrate Judge | RE: | Calder, Christopher |
| FROM: | Claudette Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR 03-05-70560 |

DATE:   August 14, 2006

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte                                                          415 436-7508
U.S. Pretrial Services Officer                              TELEPHONE NUMBER

RE:   VIOLATION OF RELEASE CONDITIONS

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ]  I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[X]  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __C__ on __9/13/06__ at __2:15 PM__.

[ ]  Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ]  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ]  Modification(s)

A.

B.

[ ]  Bail Revoked/Bench Warrant Issued.

[ ]  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ]  Other Instructions:

_____                              __August 16, 2006__
JUDICIAL OFFICER                                                          DATE

Cover Sheet (12/03/02)