UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 05 00491 VRW |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER (~~PROPOSED~~) |
| CHRISTOPHER LEE CALDER, ) | |
| Defendant. ) | |

In this multi-defendant case, the next hearing is set for September 26, 2006, at 10:30 a.m. Calder and the United States have reached a plea agreement. Because of other case commitments of Calder's attorney, the parties stipulate that (a) Calder's appearance on September 26, 2006 will be vacated, and (b) his case will be put over one week to October 3, 2006, for change of plea.

STIPULATED:

DATED: September 14, 2006          /s
                                             LAUREL BEELER
                                             Assistant United States Attorney

DATED: September 14, 2006          /s
                                             HARRIS TABACK
                                             Attorney for Christopher Calder

For good cause shown, defendant Christopher Calder's appearance on September 26, 2006, is vacated, and his case is re-set for Tuesday, October 3, 2006, at 10:30 a.m. for change of plea.

STIPULATION AND ORDER (Proposed)
(CR 05 00491 VRW)

1   IT IS SO ORDERED.
2   DATED: 9/15/2006
    _____
3   VAUGHN R. WALKER
    United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER (Proposed)
(CR 05 00491 VRW)                    2