PROPOSED ORDER/COVER SHEET

TO: Honorable Edward M. Chen
U.S. Magistrate Judge

RE: Calder, Christopher

FROM: Claudette Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: CR 03-05-70560

CR05-0491 VRW

DATE: November 2, 2006

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte
U.S. Pretrial Services Officer

415 436-7508
TELEPHONE NUMBER

RE: VIOLATION OF RELEASE CONDITIONS

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

FILED
NOV X 3 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[X] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ____C____ on __11/8/06__ at __9:30a__.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____
JUDICIAL OFFICER

__11/3/06__
DATE

Cover Sheet (12/03/02)