UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SEMYON NEYS, *et al.*,<br><br>    Defendants.<br>_____/ | No. CR-05-0491 VRW (EMC)<br><br><br><br>**ORDER MODIFYING BOND** |

    The bond is hereby modified as follows. Defendant CHRISTOPHER LEE CALDER shall report to a halfway house on November 27, 2006 per instructions from U.S. Pretrial Services Agency. At the halfway house, Defendant CALDER shall be permitted to go to and from work, visit counsel and go to medical appointments. Otherwise, Defendant CALDER is subject to a 24-hour curfew until further ordered.

    A status conference will be held on December 20, 2006 at 9:30 a.m.

    IT IS SO ORDERED.

Dated: November 21, 2006

                                                                     EDWARD M. CHEN<br>                                                                     United States Magistrate Judge