UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-0491 VRW (EMC) |
| Plaintiff, | |
| v. | **SUPPLEMENTAL ORDER MODIFYING BOND** |
| SEMYON NEYS, *et al.*, | |
| Defendants. | |

Following the hearing on December 19, 2006, the bond herein is modified as follows:

1.    Defendant CHRISTOPHER LEE CALDER shall remain under 24 hour lockdown at the halfway house.

2.    Defendant CALDER may leave only for purposes of court appearances, medical appointments, and meetings with counsel, Pretrial Services and Probation.  Defendant CALDER shall be accompanied at all times whenever he leaves the halfway house by his grandfather or a responsible adult approved in advance by Pretrial Services.

IT IS SO ORDERED.

Dated:  December 20, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California