## PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Edward M. Chen<br>U.S. Magistrate Judge | RE: | Calder, Christopher |
| FROM: | Claudette Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR 05-00491-VRW-8 |// 
| DATE: | January 29, 2007 | | |

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| Victoria Gibson | 510-637-3752 |
|---|---|
| U.S. Pretrial Officer Specialist | TELEPHONE NUMBER |

RE: **VIOLATION OF RELEASE CONDITIONS**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time. *Hearing already set for 2/1/07 at 9:15 am.*

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____   1/30/07
**JUDICIAL OFFICER**                **DATE**

Cover Sheet (12/03/02)