SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

LAUREL BEELER (CSBN 187656)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6765
    Facsimile: (415) 436-7234
    E-Mail: laurel.beeler@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05 491 VRW |
| ) | |
| Plaintiff, ) | STIPULATION AND REQUEST FOR NEW SENTENCING DATE AND ORDER |
| ) | (~~PROPOSED~~) |
| v. ) | |
| ) | |
| CHRISTOPHER CALDER, ) | |
| ) | |
| Defendant. ) | |

Based on scheduling issues for counsel, the parties ask the Court to continue the sentencing in this case one week from February 20, 2007, to February 27, 2007. The United States Probation Officer assigned to the case does not object to the continuance.

                                                SCOTT N. SCHOOLS
                                                United States Attorney

Dated: 02/21/07                                 /s
                                                LAUREL BEELER
                                                Assistant United States Attorney

Dated: 02/21/07                                 /s
                                                HARRIS TABACK
                                                Attorney for Christopher Calder

For good cause shown, the Court vacates the sentencing date of February 20, 2007, and

STIPULATION AND REQUEST
AND ORDER (CR 05 491 VRW)

1 | resets the matter for sentencing on February 27, 2007, at 10:30 a.m.
2 | IT IS SO ORDERED.
3 | Dated: 2/23/2007

VAUGHN R. WALKER
United States District Judge

*IT IS SO ORDERED* — Judge Vaughn R Walker

STIPULATION AND REQUEST
AND ORDER (CR 05 491 VRW)          2