**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER LEE CALDER, *et al.*,<br><br>    Defendants.<br>_____/ | No. CR-05-0491 VRW (EMC)<br><br><br><br>**ORDER MODIFYING BOND** |

    The bond is hereby modified that Defendant CHRISTOPHER LEE CALDER shall be placed on automated curfew system from 12:00 a.m. to 6:00 a.m. effective immediately.

    IT IS SO ORDERED.

Dated: March 8, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge