## PROPOSED ORDER/COVER SHEET



E-filing

| | | | |
|---|---|---|---|
| **TO:** | Honorable Edward M. Chen<br>U.S. Magistrate Judge | **RE:** | Calder, Christopher |
| **FROM:** | Claudette Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR 05-00491-VRW-8 |

**DATE:** March 13, 2007

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| | |
|---|---|
| Victoria Gibson | 510-637-3752 |
| U.S. Pretrial Officer Specialist | TELEPHONE NUMBER |

**RE:   VIOLATION OF RELEASE CONDITIONS**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __C__ on __3/14/07__ at __2:30 PM__.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____          __3/14/07__
JUDICIAL OFFICER                              DATE

Cover Sheet (12/03/02)